IVOR B. CLARK, Respondent, *v.* RIVERHEAD SAVINGS BANK, Appellant.

Argued May 26, 1941; decided June 19, 1941.

*Reginald C. Smith* for appellant.

*Frederick E. Crane* and *Joseph V. Lane, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.